**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01706-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

WILLIAM McILLHARGEY,

     Petitioner,

v.

RICK RAEMISCH, Executive Director for Colorado Department of Corrections, and
CYNTHIA COFFMAN, Attorney General for Colorado,

     Respondents.

---

**ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES**

---

     Petitioner Brendan Wayane Brewer initiated this action by filing a Writ of Habeas

Corpus for Release from Custody Pursuant to 28 U.S.C. § 2241, in which he challenges

the continual denial of parole.

     As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has

determined that the submitted documents are deficient as described in this Order.

Petitioner will be directed to cure the following if he wishes to pursue his claims.  Any

papers that Petitioner files in response to this Order must include the civil action number

on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   __     is not submitted
(2)   __     is missing affidavit
(3)   __     is missing certified copy of prisoner's trust fund statement for the 6-month

period immediately preceding this filing

(4) ___ is missing a certified account statement showing the current balance in Petitioner's prison account

(5) ___ is missing required financial information

(6) ___ is missing an original signature by the prisoner

(7) ___ is not on proper form (must use the Court's current form)

(8) ___ names in caption do not match names in caption of complaint, petition or habeas application

(9) ___ An original and a copy have not been received by the court. Only an original has been received.

(10) ___ other:

**Complaint, Petition or Application**:

(11) ___ is not submitted

(12) _X_ is not on proper form (must use a Court-approved form)

(13) ___ is missing an original signature

(14) ___ is missing page nos. ___

(15) ___ uses et al. instead of listing all parties in caption

(16) ___ An original and a copy have not been received by the court. Only an original has been received.

(17) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.

(18) ___ names in caption do not match names in text

(19) ___ other:

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Petitioner files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Petitioner shall obtain the Court-approved form used to file an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

2

3

FURTHER ORDERED that if Petitioner fails to cure the designated deficiencies

**within thirty days from the date of this Order** the action will be dismissed without

further notice.

DATED August 7, 2015, at Denver, Colorado.

BY THE COURT:

 s/Gordon P. Gallagher
United States Magistrate Judge